United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-11154-jkf
Joseph Snyder                                                           Chapter 13
Dolores Snyder
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Mar 14, 2018
                              Form ID: 138NEW         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
```
db/jdb         +Joseph Snyder,   Dolores Snyder,   12024 Waldemire Drive,   Philadelphia, PA 19154-2622
13084714       +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
12967536       +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
12967538       +Barclays Bank Delaware,   Attention: Bankruptcy,   PO Box 1337,   Philadelphia, PA 19105
12967539       +Bureau Of Accounts Con,   Po Box 538,   Howell, NJ 07731-0538
12967540       +Capital 1 Bank,   Attn: Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT 84130-0285
13011361        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
12967543       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
12967544       +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
12967545      ++FIRST NATIONAL COLLECTION BUREAU,   50 W LIBERTY ST,   STE 250,   RENO NV 89501-1973
               (address filed with court: First National Collect,    610 Waltham Way,   Sparks, NV 89434)
12967546       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12967549        PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
12967550       +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
12990853       +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12967551       +Pnc Mortgage,   3232 Nemark Dr,   Miamisburg, OH 45342-5433
12967553       +Stevens Business Servi,   92 Bolt St # 1,   Lowell, MA 01852-5316
12967554       +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
                 Chicago, IL 60661-3631
12967555       +Wells Fargo Auto Finance,   P.O. Box 29704,   Phoenix, AZ 85038-9704
12998183       +Wells Fargo Bank NA,   d/b/a Wells Fargo Dealer Services,   PO BOX 19657,
                 Irvine CA 92623-9657
12998184       +Wells Fargo Bank NA,   PO BOX 25341,   Irvine CA 92799-5341
12967556       +Wfs Financial/Wachovia Dealer Srvs,   PO Box 3569,   Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 15 2018 01:48:56    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2018 01:48:27
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2018 01:48:43    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 01:52:43    Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12982633        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 15 2018 01:52:24
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13051521       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 15 2018 01:48:33    Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
12967537       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 15 2018 01:48:33    Asset Acceptance Llc,
                 Po Box 1630,   Warren, MI 48090-1630
12967542        E-mail/Text: bankruptcy@phila.gov Mar 15 2018 01:48:56    City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13076984        E-mail/Text: bankruptcy@phila.gov Mar 15 2018 01:48:56    City of Philadelphia, Law Department,
                 Tax Unit, Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
12967541       +E-mail/Text: ecf@ccpclaw.com Mar 15 2018 01:48:07    Cibik and Cataldo, P.C.,
                 1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
12967547       +E-mail/Text: cio.bncmail@irs.gov Mar 15 2018 01:48:09    I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
12967548       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2018 01:48:34    Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
12967552        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 01:52:25    Portfolio Rc,
                 Attn: Bankruptcy,   PO Box 41067,   Norfolk, VA 23541
13021768        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 01:44:03
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13466826        E-mail/PDF: rmscedi@recoverycorp.com Mar 15 2018 01:52:44
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 15
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Mar 14, 2018
                              Form ID: 138NEW             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK NA
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Joseph  Snyder ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Dolores  Snyder ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Joseph  Snyder ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Dolores  Snyder ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK NA
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph Snyder and Dolores Snyder
       Debtor(s)

Bankruptcy No: 13−11154−jkf
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 3/14/18

34 − 33
Form 138_new